| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SCURA, WIGFIELD, HEYER<br>STEVENS & CAMMAROTA, LLP<br>1 Harmon Meadow Blvd. Ste 201<br>Secaucus, New Jersey 07094<br>Tel.: (973) 435 0179<br>Jamal Romero, Esq.<br>jromero@scura.com<br>Counsel for Debtor | |
| In Re:<br><br>Robert Perez,<br><br>Debtor | Case No.: 26-15448<br>Chapter: 13<br>Hearing Date: ________<br>Judge: CMG |

**APPLICATION FOR ORDER SHORTENING TIME**

The applicant Jamal Romero, Esq., on behalf of Robert Perez, Debtor requests that the time period to/for the Motion to Ext the stay as required by D.N.J. LBR 9013-2 be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   The Debtor's stay is set to expire on June 14, 2026.

2. A hearing is requested on or before:
   the earliest date available prior to the set hearing date of June 14, 2026.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 6/5/2026

/s/ Jamal Romero
Signature

*rev.5/19/2025*